IT IS ORDERED that the Application below is approved.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:
**WILDHORSE MEADOWS, LLC**

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No: **18-32267-TMB**

**APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE*, AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **Wildhorse Meadows, LLC**_____
_____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

      (A) Attorney's Name: **Amir Gamliel**

      (B) Firm or Business Affiliation: **Perkins Coie LLP**

      (C) Mailing Address: **1888 Century Park East, Suite 1700, Los Angeles, CA 90067**

      (D) Business Telephone Number: **310-788-9900**

      (E) Fax Telephone Number: **310-788-3399**

      (F) E-Mail Address: **agamliel@perkinscoie.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number: **State Bar of California, Good Standing, Admitted 12/6/2009, Bar No. 268121**

   (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number: **U.S. Court of Appeals for the Ninth Circuit, U.S. District Courts for Central, Eastern, Northern and Southern District of CA**

(3) **Certification of Disciplinary Proceedings**:

   ☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

   ☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

   (A) Name and Oregon State Bar ID Number: **Douglas R. Pahl, Bar No. 950476**

   (B) Firm or Business Affiliation: **Perkins Coie LLP**

   (C) Mailing Address: **1120 NW Couch Street, 10th Floor, Portland, OR 97209**

   (D) Business Telephone Number: **503-727-2000**

   (E) Fax Telephone Number: **503-727-2222**

   (F) E-Mail Address: **dpahl@perkinscoie.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

| | |
|---|---|
| **/s/ Douglas R. Pahl**_____ | **/s/ Amir Gamliel**_____ |
| Local Counsel | Special Admissions Applicant |
| NAME: **Douglas R. Pahl, OSB No. 950476** | NAME: **Amir Gamliel** |
| ADDRESS: **1120 NW Couch Street, 10th Floor** | ADDRESS: **1888 Century Park East, Suite 1700** |
|    **Portland, OR 97209** |    **Los Angeles, CA 90067** |
| PHONE: **503-727-2000** | PHONE: **310-788-9900** |