**Fill in this information to identify the case:**

Debtor name: Wildhorse Meadows, LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): 18-32267

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................... $ 2,358,780.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................................. $ 252,502.16

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................... $ 2,611,282.16

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................. $ 4,901,141.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................................ $ 147,215.73

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................... + $ 232,484.95

4. **Total liabilities**................................................................................................................................. $ 5,280,841.68
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Wildhorse Meadows, LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): 18-32267

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. First Interstate Bank | Checking | 9692 | $1,000.00 |
   | 3.2. _____ | _____ | _____ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____ $_____
   - 4.2. _____ $_____

5. **Total of Part 1** — $1,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. _____ $_____
   - 7.2. _____ $_____

Schedule A/B: Assets — Real and Personal Property

Case 18-32267-tmb11    Doc 42    Filed 07/25/18

Debtor  Wildhorse Meadows, LLC    Case number (*if known*) 18-32267
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____   $_____
   8.2. _____   $_____

9. **Total of Part 2.**   $_____
   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                                 **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........→   $_____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    251,502.16       – _____ = ........→   $       251,502.16
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                           $       251,502.16
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                  **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____  _____  $_____
    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:
    15.1. _____  _____%  _____  $_____
    15.2. _____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____  _____  $_____
    16.2. _____  _____  $_____

17. **Total of Part 4**                                                           $_____
    Add lines 14 through 16. Copy the total to line 83.

Debtor  Wildhorse Meadows, LLC                                    Case number (*if known*) 18-32267
        _____
        Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. **Raw materials**
    _____   _____   $_____   _____   $_____
                                     MM / DD / YYYY

20. **Work in progress**
    _____   _____   $_____   _____   $_____
                                     MM / DD / YYYY

21. **Finished goods, including goods held for resale**
    _____   _____   $_____   _____   $_____
                                     MM / DD / YYYY

22. **Other inventory or supplies**
    _____   _____   $_____   _____   $_____
                                     MM / DD / YYYY

23. **Total of Part 5**                                                                          $_____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

28. **Crops—either planted or harvested**
    _____   $_____   _____   $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____   $_____   _____   $_____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)
    _____   $_____   _____   $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____   $_____   _____   $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____   $_____                  $_____

Schedule A/B: Assets — Real and Personal Property
Case 18-32267-tmb11    Doc 42    Filed 07/25/18

Debtor  Wildhorse Meadows, LLC  Case number (*if known*) 18-32267
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.      $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.      $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor  Wildhorse Meadows, LLC  
Name

Case number (if known) 18-32267

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☒ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $_____  _____  $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Schedule A/B: Assets — Real and Personal Property

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Golf course and accompanying club house and restaurant located at 16900 Aspen Lakes Dr, Sisters, OR | Owner | $3,967,062.00 | Estimate | $2,358,780.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**  $2,358,780.00
    Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**  $
    Add lines 60 through 65. Copy the total to line 89.

| Debtor | Wildhorse Meadows, LLC | Case number (if known) | 18-32267 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ❏ No
   - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ❏ No
   - ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ❏ No
   - ❏ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ❏ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____ _____ − _____ = → $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____ Tax year _____ $_____
    _____ Tax year _____ $_____
    _____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**
    _____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____ $_____
    **Nature of claim** _____
    **Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____ $_____
    **Nature of claim** _____
    **Amount requested** $_____

76. **Trusts, equitable or future interests in property**
    _____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____ $_____
    _____ $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

| Debtor | Wildhorse Meadows, LLC | Case number (if known) | 18-32267 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,000.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 251,502.16 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. ............ → | | $ 2,358,780.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ............ 91a. | $ 252,502.16 | 91b. $ 2,358,780.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................... $ 2,611,282.16

# Fill in this information to identify the case:

Debtor name: Wildhorse Meadows, LLC
United States Bankruptcy Court for the: District of Oregon
Case number (If known): 18-32267

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name**
GT Capital

**Creditor's mailing address**
101 N Main Ave
Suite 325
Sioux Falls, SD 57104

**Creditor's email address, if known**

**Date debt was incurred** 2/27/2006
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Golf course and accompanying club house and restaurant located at 16900 Aspen Lakes Dr, Sisters OR 97759

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,901,141.00   $ 2,358,780.00

**2.2 Creditor's name**
GT Capital

**Creditor's mailing address**
101 N Main Ave
Suite 325
Sioux Falls, SD 57104

**Creditor's email address, if known**

**Date debt was incurred** 2/27/2006
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
Golf course improvements - 16900 Aspen Lakes Dr, Sisters OR 97759

**Describe the lien**
Other

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ _____   $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 4,901,141.00

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Deschutes County
Deschutes Services Building
Bend, OR 97703

As of the petition filing date, the claim is: $49,231.52    $49,231.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2014-2017

**Basis for the claim:**
Taxes owed to governmental unit

**Last 4 digits of account number** 9857

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** **Priority creditor's name and mailing address**
Deschutes County
Deschutes Services Building
Bend, OR 97703

As of the petition filing date, the claim is: $97,984.21    $97,984.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2014-2017

**Basis for the claim:**
Taxes owed to governmental unit

**Last 4 digits of account number** 0017

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** **Priority creditor's name and mailing address**
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Debtor  Wildhorse Meadows, LLC                            Case number (*if known*) 18-32267
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
Keeton-King Construction
18159 Hwy 126
Sisters, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contractor

$ 229,084.29

**Date or dates debt was incurred** 7/17/2008
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**
Rodney Rice, CPA
120 Hickory St. NW
Albany, OR 97321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

$ 3,400.66

**Date or dates debt was incurred** 2016-2017
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Wildhorse Meadows, LLC                                  Case number (*if known*) 18-32267
        Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---:|
| 5a. **Total claims from Part 1** | 5a. | $ 147,215.73 |
| 5b. **Total claims from Part 2** | 5b. + | $ 232,484.95 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 379,700.68 |

**Fill in this information to identify the case:**

Debtor name: Wildhorse Meadows, LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): 18-32267  Chapter: Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Real property lease<br>Real property lease of golf course | Aspen Lakes Golf Course, L.L.C.<br><br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Easement agreement<br>Easement agreement for use of two water wells on the golf course property. | Aspen Lakes Utility Company, L.L.C.<br><br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Wildhorse Meadows, LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): 18-32267

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor Name and Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | Aspen Investments, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | Aspen Lakes Utility Company, L.LC.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | Conida E. Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | Kelly K. Cyrus<br>16929 Green Drake Court<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | Matthew K. Cyrus<br>16929 Green Drake Court<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | O. Keith Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |

Schedule H: Codebtors

| Debtor | Wildhorse Meadows, LLC | Case number (if known) | 18-32267 |
|---|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| | Name, Number, Street, City, State & Zip Code | Name | Check all schedules that apply: |
| 7 | Pamela K. Mitchell<br>69339 Hinkle Butte<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 8 | Sisters Aggregate & Construction, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 9 | Aspen Investments, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 10 | Aspen Lakes Utility Company, L.LC.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 11 | Conida E. Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 12 | Kelly K. Cyrus<br>16929 Green Drake Court<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 13 | Matthew K. Cyrus<br>16929 Green Drake Court<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |
| 14 | O. Keith Cyrus<br>17204 Hwy 126<br>Sisters, OR 97759 | GT Capital | ☒ D<br>☐ E/F<br>☐ G |

Debtor: Wildhorse Meadows, LLC  
Case number (if known): 18-32267

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| 15 | Pamela K. Mitchell<br>69339 Hinkle Butte<br>Sisters, OR 97759 | GT Capital | ☒ D<br>❏ E/F<br>❏ G |
| 16 | Sisters Aggregate & Construction, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>❏ E/F<br>❏ G |
| 17 | Aspen Lakes Golf Course, L.L.C.<br>16900 Aspen Lakes Dr<br>Sisters, OR 97759 | GT Capital | ☒ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case and this filing:

Debtor Name: Wildhorse Meadows, LLC
United States Bankruptcy Court for the: District of Oregon
Case number (If known): 18-32267

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- [x] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [x] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [x] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [x] Schedule H: Codebtors (Official Form 206H)
- [x] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule _____
- [ ] Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/25/2018
MM / DD / YYYY

X /s/ Matt Cyrus
Signature of individual signing on behalf of debtor

Matt Cyrus
Printed name

Managing Member
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

# Notes to Schedules and Statement of Financial Affairs

Amendments and Reservation of Rights

While the Wildhorse Meadows, LLC's ("**Debtor**") management has exercised best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors, omissions or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time as may be necessary and appropriate, but they are under no obligation to do so.

Specific Disclosures to the Schedules of Assets and Liabilities

Causes of Action against Third Parties (AB74). The Debtor may have causes of action against third parties, but do not have any other ongoing proceedings at this time. Any causes of action and the ultimate recovery on these causes of action are unknown at this time. Additionally, the Debtor may also possess contingent claims that are not listed as assets in its Schedules and Statements in the form of various actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of their rights with respect to any claims and causes of action, whether arising under the Bankruptcy Code or otherwise, that they may have or will have, and nothing contained in the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims. The Debtor further reserves all of their rights with respect to all causes of action, including, without limitation, all rights relating to any: (i) controversy; (ii) right of setoff or recoupment; (iii) crossclaim; (iv) counterclaim; (v) claim arising from a contract; (vi) claim for the breach of any duty imposed by law or in equity; (vii) demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever. This reservation of rights remains applicable regardless of whether such causes of action are known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other applicable theory of law.

Other Contingent and Unliquidated Claims (AB75). The Debtor may have other contingent and unliquidated claims. Any other contingent and unliquidated claims and the ultimate recovery on these claims are unknown at this time.

Schedule G. The Debtor reserves all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtor's use of reasonable efforts to identify such documents. The Debtor reserves all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or

instrument. The listing of such real property interests on Schedule G as "executory" does not constitute an admission by the Debtor that any such contract is executory. The Debtor reserves all rights to recategorize and/or recharacterize their interests in such real property at a later date, as necessary.

Certain of the contracts, agreements and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. Unless otherwise identified on Schedule G, each contract, agreement and lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any such agreement, instrument or other document that in any manner affects such contract, agreement and lease, without respect to whether such contract, agreement and lease is listed therein.

Specific Disclosures and Assumptions to the Statement of Financial Affairs

Part 2, Question 4 and Part 13, Question 30 — Payments, Distributions or Withdrawals to Insiders. The listing of payments in this response should not be construed as an acknowledgement that any payee qualifies as an insider as defined in 11 U.S.C. § 101. In the interest of full disclosure and an excess of caution the Debtor has listed payments to all persons who may be construed as related to the Debtor.